UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Orlando Division

Steven Lee Chamberlain }
Plaintiff }
                              }          Case No. 6:18- CV-1385-Orl-37KRS
}
-v- }
}
}
George N. Craig, successors and assigns }
Eric Holcomb }
_____

MOTION FOR LEAVE OF COURT TO AMEND COMPLAINT

Plaintiff, proceeding without the benefit of counsel, moves the court for leave for time to amend complaint and avail himself of resources provided by the Court's in-person legal information program. Plaintiff is not schooled in the law and lives an hour driving time, one way, from the Court. Plaintiff was working on service to notify defendant within the 90 day time frame when Plaintiff received the ORDER filed 8-24-18. This motion for leave to amend complaint is unopposed.

_____
Steven Lee Chamberlain
c/o 2727 N. Atlantic Ave. #120
Daytona Beach, Florida   (32118)
808-658-0868
stevecha777@hotmail.com

FILED 2018 SEP -7 PM 1:49 U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA